IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES PALARINO<br>　　　　　Plaintiff,<br>v.<br>PURE POLYMERS, LLC, MARK BONGARD AND MICHAEL SWEENEY,<br>　　　　　Defendants. | CIVIL ACTION NO. 05-981 |

## ORDER

AND NOW, this __27th__ day of __March__, 2006, upon consideration of the attached Stipulation of Counsel, and the above action having been fully, finally and completely compromised and settled between the parties for valuable consideration.

IT IS HEREBY ORDERED, that the action be, and hereby is dismissed with prejudice and on its merits, with each party bearing her, his or its respective costs and attorneys' fees.

IT IS FURTHER ORDERED, that the Court shall retain jurisdiction over the parties and the subject matter to ensure compliance with the terms of a Settlement Agreement and Mutual Release entered into between the parties.

IT IS FURTHER ORDERED that the Clerk of Court is directed to take all action necessary to effectuate this Order.

BY THE COURT:

_____

AMM/par/776189v6